# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| JHONATAN HERNANDEZ-PEREZ, | ) |
| | ) |
| Petitioner, | ) |
| | ) |
| v. | ) Case No. CIV-25-1130-PRW |
| | ) |
| UNITED STATES IMMIGRATION AND | ) |
| CUSTOMS ENFORCEMENT, | ) |
| | ) |
| Respondents. | ) |

## ORDER

Before the Court is Petitioner's Motion of Notice (Dkt. 11). Petitioner has notified the Court that this case is duplicative of another action, CIV-25-1081-PRW. Petitioner therefore moves to dismiss this action and proceed with case no. CIV-25-1081-PRW.

Upon review, the Motion (Dkt. 11) is **GRANTED**. The Court dismisses this case without prejudice.

**IT IS SO ORDERED** this 7th day of October 2025.

_____
PATRICK R. WYRICK
UNITED STATES DISTRICT JUDGE

1